UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



H-20-1

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:21CR53 |
| --- | --- | --- |
|  | : | VIOLATION: |
| v. | : |  |
|  | : | 18 U.S.C. § 2252A(a)(2) |
| ROBERT ECKERT | : | (Distribution of Child Pornography) |
|  | : |  |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Distribution of Child Pornography)

1. From on or about September 25, 2019 to May 24, 2020, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant ROBERT ECKERT did knowingly distribute a visual depiction of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), including but not limited to: "0_405%xx(x).jpg," "1xx.jpg," "22d63dd79948a02aa2d81c32243xxxxx.jpg," "213061xxxx.jpg," and "Image(1)%xx(x).png," the full file names of which are known to the Grand Jury, and each of which contained a visual depiction of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce and that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

### FORFEITURE ALLEGATION
(Distribution of Child Pornography Forfeiture)

2. Upon conviction of the offense alleged in Count One of this Indictment, defendant

ROBERT ECKERT shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a), all right, title, and interest in any property used or intended to be used to commit or promote the commission of the said offense, all property constituting or traceable to gross profits or other proceeds obtained from such offenses, and all visual depictions described in 18 U.S.C. §§ 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including but not limited a Samsung Galaxy cellular phone, Model S10+, seized by law enforcement from ECKERT on June 12, 2020.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant ROBERT ECKERT, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY