Criminal Std (6/13/2012)

HONORABLE: Richardson
DEPUTY CLERK: A. Blue
RPTR/ECRO/TAPE: FTR
USPO: S. Alston
INTERPRETER:
TOTAL TIME: 1 hours 5 minutes
DATE: Apr 8, 2021  START TIME: 2:50pm  END TIME: 3:55pm

## COURTROOM MINUTES

- [x] IA-INITIAL APPEAR **5**
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [x] DETENTION HRG **55m**
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [x] ARRAIGNMENT **5m**
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [ ] MOTION HRG

CRIMINAL NO. 3:21cr53 SRU   DEFT # 1

UNITED STATES OF AMERICA
vs
Robert Eckert

Nancy Gifford
AUSA

Trent LaLima
Counsel for Defendant Ret [x] CJA [ ] PDA

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [x] [x] Arrest Date (CT Case): 04-08-2021 [ ] Case unsealed or [ ] Rule 5 arrest, ___ Dist of ___
- [ ] CJA 23 Financial Affidavit filed [ ] under seal
- [ ] Order Appointing Federal Public Defender's Office filed
- [ ] Court appoints Attorney ___ to represent defendant for [ ] this proceeding only [ ] all proceedings
- [ ] Appearance of ___ filed
- [ ] [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ___ filed
- [ ] [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [x] Plea of [x] not guilty [ ] guilty [ ] nolo contendere to count(s) 1 of the Indictment (indict, superseding indict, info)
- [ ] Petition to Enter Guilty Plea filed
- [ ] Defendant motions due ___ ; Government responses due ___
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for ___ at ___
- [ ] Jury Selection set for ___ at ___
- [ ] Remaining Count(s) to be dismissed at sentencing
- [ ] Sentencing set for ___ at ___ [ ] Probation 246B Order for PSI & Report
- [ ] Special Assessment of $___ on count(s) ___ . Total $___ [ ] Due immediately [ ] Pay at sentencing
- [ ] Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Order of Detention filed
- [ ] Deft ordered removed/committed to originating /another District of ___
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 5 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $___ [ ] reduced to $___ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] Defendant detained
- [x] Detention Hearing [ ] waived [ ] set for ___ [x] continued until 4/9/21 @ 4:00pm
- [ ] Set Attorney Flag and notify Federal Grievance Clerk

[ ] SEE page II for [ ] conditions of bond [ ] additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____
_____
_____
_____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: